The ledge distributionLLC  V does 1-44

United States District Court for the Western district Washington

Docket No.:2:13-cv-00329

## MOTION TO QUASH OR VACATE SUBPOENA

_____ Does not own a computer  although she has internet access, she has it for the use  of the grandchildren when they come over as it is something to keep them intertained  when they bring over there own computers _____ also lives in a apt complex from which I understand  any body that is within a certain distance can also use her wi fi service _____ is 70 years old born june of 1942 I do not think she has the capabilitities to understand as to how to download illegal movies and as stated before doe 1-44 does not own a computer so  we are are asking the Court to vacate or squash this subpoena,

Thank You,

I.P. address noted   for motion to quash or vacate

I.P. 67.185.24.105



13-CV-00329-BCST