```
_____FILED
_____LODGED    ┌──────┐
_____RECEIVED  │ MAIL │
                  └──────┘
      MAY 08 2013
        AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____DEPUTY
```

United States District Court for the Western District of Washington

RE: CASE # C13-0329MJP-RS

DOCKET # 2:13-v-00329


I am filing a protective motion to quash/vacate the Subpoena refered to above.

I did not download, nor have any knowlge of downloading or even viewing the movie under these or any other circumstances.

I have used unsecured wi-fi so it is possible that it could have been downloaded by someone picking up that signal anywhere in my immideate neighborhood.

I swear and affirm that I did not download any movie that I did not have permission for.


LEE H. BAER,
*(signature)*
12110 N.E. 76th ST.

VANCOUVER, WA. 98682          IP ADDRESS: 50.137.31.251


RE: DOCKET # 2:13-cv-00329


13-CV-00329-IFP

B

Lee H. Baer
12210 N.E. 76th St.
Vancouver, WA
98682

7011 0110 0000 0000 85

US District Court Clerks Office
700 Stewart St. Suite 2310
Seattle, WA
98101

INCOMING MAIL
APR 25 2013