IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| The Ledge Distribution, LLC | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No: 13-00329 |
| | ) |
| DOES 1-44 | ) |
| | ) |
|     Defendants | ) |

**PLAINTIFFS NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff, The Ledge Distribution, LLC by its attorneys Frontier Law Group, PLLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all causes of action in this complaint against DOE Defendants

    The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter.  Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

DATE: September 4, 2013

Respectfully Submitted,
The Ledge Distribution, LLC

By: *Richard J. Symmes*
Richard J. Symmes #41475
Frontier Law Group, PLLC
1001 4th Avenue, Suite 3200
Seattle, WA 98154
206-682-7975
Richard@symmeslaw.com

NOTICE

Frontier Law Group, PLLC
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
Ph: 206-682-7975